UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VIC CASINE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:15CV754 HEA |
| ) | |
| RAILTON RESIDENCE, LP, et al., ) | |
| ) | |
| Defendants. ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on review of plaintiff's motion for leave to commence this action without payment of the required filing fee [Doc. #2]. *See* 28 U.S.C. § 1915(a).

Plaintiff has submitted a partially-completed, mostly blank, financial affidavit CJA Form 23 in support of his application for in forma pauperis status [Doc. #3]. As such, the Court is unable to determine, at this time, if he is financially unable to pay any portion of the filing fee. *See* 28 U.S.C. § 1915(a), Local Rule 2.05(A).

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that on or before August 19, 2015, plaintiff shall either pay the statutory filing fee or submit a fully-completed CJA Form 23 (financial affidavit).

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this

Order, the Court will dismiss this action, without prejudice and without further notice.

Dated this 20th day of July, 2015

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE